UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| S.J.H, by his guardian and next friend Shannon A. Hensley; and SHANNON A. HENSLEY,<br><br>            Plaintiffs,<br><br>    v.<br><br>COLVILLE SCHOOL DISTRICT,<br><br>            Defendant. | NO. CV-11-0260-EFS<br><br>**ORDER DISMISSING LAWSUIT, ENTERING JUDGMENT WITHOUT PREJUDICE, AND CLOSING THE FILE** |

On October 25, 2011, an Order was entered 1) dismissing minor Plaintiff S.H.'s *pro se* claims and 2) cautioning Plaintiff Shannon Hensley that she must file an amended complaint, which states a claim for relief. ECF No. 11. Both Plaintiffs were cautioned that failure to amend their complaints by December 19, 2011, would result in this lawsuit's dismissal. This deadline has passed with no filings by Plaintiffs or by an attorney on their behalf.

Accordingly, **IT IS HEREBY ORDERED:**

1. This lawsuit is **DISMISSED** for failure to state a claim.

///
//
/

ORDER ~ 1

 2.     Judgment is to be entered in Defendant's favor **without prejudice**.

 3.     This file shall be **CLOSED.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and send a copy to Plaintiffs and counsel.

**DATED** this ___3rd_____ day of January 2012.


                          S/ Edward F. Shea
                          EDWARD F. SHEA
                     United States District Judge

Q:\Civil\2011\0260.dismiss.close.lc1.wpd

ORDER ~ 2