AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

S.J.H., by his guardian and next friend SHANNON A. HENSLEY; and SHANNON A. HENSLEY,

           Plaintiffs,

      v.

COLVILLE SCHOOL DISTRICT,

           Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-260-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed without prejudice and Judgment is hereby entered in favor of Defendant Colville School District.

| | |
|---|---|
| January 3, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Penny Lamb |
| | *(By) Deputy Clerk* |
| | Penny Lamb |